IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: |
| | ) | |
| vs. | ) | |
| | ) | 16 U.S.C. § 3372(d)(2) |
| **SHAYLYNN KOLWYCK-PETERSON** | ) | 16 U.S.C. § 3373(d)(3)(A)(ii) |
| | ) | 18 U.S.C. § 2 |
| | ) | |
| | ) | **INFORMATION** |
| | ) | |

## BACKGROUND

1. At all times relevant to this Information, the Defendant **SHAYLYNN KOLWYCK-PETERSON** resided in the Middle District of Florida and was an owner and operator of Sunshine Zoological Preserve, LLC.

2. Sunshine Zoological Preserve was a captive breeding facility engaged in the husbandry and sale of exotic animals.

3. The Lacey Act, Title 16, United States Code, Section 3371 *et seq.*, makes it unlawful for any person to knowingly transport, sell, receive, acquire, or purchase, in interstate commerce, any wildlife, when the person knew that said wildlife was taken, possessed, transported, or sold in violation of federal laws or regulations. *See* 16 U.S.C. §§ 3372(a)(1), 3373(d).

4. The Lacey Act also prohibits any person from making or submitting any false record, account, label for or identification of wildlife that had been or was intended to be transported in interstate or foreign commerce. *See* 16 U.S.C. § 3372(d).

5. The Endangered Species Act (ESA), Title 16, United States Code, Section 1531 *et seq.*, authorizes the United States Fish and Wildlife Service (USFWS) to issue regulations listing certain species of wildlife as "endangered."

6. The ESA prohibits any person subject to the jurisdiction of the United States from engaging in the unpermitted delivery, receipt, carrying, transporting, or shipping, in interstate or foreign commerce in the course of a commercial activity, of wildlife listed as endangered. *See* 16 U.S.C. §§ 1538(a)(1)(E), 1540(b)(1).

7. The ESA further prohibits any person subject to the jurisdiction of the United States from engaging in the unpermitted interstate or international sale, or offer of sale, of wildlife listed as endangered. *See* 16 U.S.C. §§ 1538(a)(1)(F), 1540(b)(1).

8. The chimpanzee (*Pan troglodytes*) is a highly social species of great ape native to tropical regions of Africa. Wild chimpanzees were listed as threatened under the ESA in 1976. 41 Fed. Reg. 45,990 (October 19, 1976). Due to continued population loss, wild chimpanzees were listed as endangered under the ESA in 1990. 55 Fed. Reg. 9,129 (March 12, 1990). All chimpanzees, wild or captive, wherever found, were listed as endangered under the ESA in 2015, and continued to be listed as endangered at all times relevant to this Information. *See* 50 C.F.R. § 1711(h) (2022); 80 Fed. Reg. 34,500 (June 16, 2015).

## COUNT 1
### (Lacey Act False Labeling)

**THE ACTING UNITED STATES ATTORNEY CHARGES:**

9. Paragraphs 1 through 8 of this Information are incorporated herein by reference.

10. On or about May 24, 2020, in the District of South Carolina, and elsewhere, the Defendant **SHAYLYNN KOLWYCK-PETERSON** did herself, and through the actions of others, knowingly engage in conduct that involved the sale of, the offer of sale, and the intent to

sell wildlife with a market value in excess of $350, that is, a juvenile chimpanzee (*Pan troglodytes*), which had been and was intended to be transported in interstate commerce, and did knowingly make and submit a false record of the sale, in that the relevant record stated that the sale was a non-monetary transfer.

All in violation of Title 16, United States Code, Sections 3372(d)(2) and 3373(d)(3)(A)(ii) and Title 18, United States Code, Section 2.

BRYAN P. STIRLING
UNITED STATES ATTORNEY

ADAM R.F. GUSTAFSON
ACTING ASSISTANT ATTORNEY GENERAL
ENVIRONMENT AND NATURAL
RESOURCES DIVISION

By: s/Amy Bower
Amy F. Bower (#11784)
Assistant U.S. Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
Tel.: (843) 727-4381
Email: Amy.Bower@usdoj.gov

By: 
Patrick M. Duggan
Senior Trial Attorney
Environmental Crimes Section
U.S. Department of Justice
Tel.: (202) 305-0366
Email: Patrick.Duggan@usdoj.gov